DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
ROD WILLIAM IRELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR.S-11-380-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ROD WILLIAM IRELAND, ) | Date: January 18, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ROD WILLIAM IRELAND that the status conference hearing date of November 16, 2012, be rescheduled for a status conference on January 18, 2013, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and investigate the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 18, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:  November 13, 2012.          Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender
/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for ROD WILLIAM IRELAND

DATED:  November 13, 2012.          BENJAMIN WAGNER
United States Attorney
/s/ Courtney Fein for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the  November 16, 2012,  status conference hearing be continued to January 18, 2013, at 9:00 a.m..   Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 18, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  November 13, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge