JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
ROD WILLIAM IRELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-380-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ROD WILLIAM IRELAND, ) | Date: January 18, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ROD WILLIAM IRELAND that the status conference hearing date of January 18, 2013, be rescheduled for a status conference on March 22, 2013, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to travel to Butte County to have further discussions with her client about the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 22, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED:  January 16, 2013. | Respectfully submitted, |
| | JOSEPH SCHLESINGER<br>Acting Federal Public Defender |
| | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for ROD WILLIAM IRELAND |
| DATED:  January 16, 2013. | BENJAMIN WAGNER<br>United States Attorney |
| | /s/ Courtney Fein for<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 18, 2013, status conference hearing be continued to March 22, 2013, at 9:00 a.m..  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from January 18, 2013, to and including the March 22, 2013, the next status conference date, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  January 16, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge