

FILED

MAR - 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                              )   2:11-cr-00380-GEB
         Plaintiff,           )
                              )
    v.                        )   ORDER
                              )
ROD WILLIAM IRELAND           )
                              )
         Defendant.           )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Rod William Ireland** from custody.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

file copy

1