BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00380 GEB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER DISMISSING INDICTMENT** |
| ROD WILLIAM IRELAND, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment in the above-captioned matter.

DATED: March 22, 2013                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                 By:     */s/ William S. Wong*
                                         WILLIAM S. WONG
                                         Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00380 GEB |
| Plaintiff, | |
| v. | **[PROPOSED]**<br>**ORDER DISMISSING INDICTMENT** |
| ROD WILLIAM IRELAND, | |
| Defendant. | |

APPROVED AND SO ORDERED.

**Date:** 3/22/2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge